# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 17, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano,
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161869(41)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                       SC: 161869
                                       COA: 353243

LUCUS WILLIAM COVEY,
      Defendant-Appellant.
                                       Emmet CC: 19-004943-FH
_____/

      On order of the Chief Justice, the motion of the Little Traverse Bay Bands of Odawa Indians to file a brief amicus curiae is GRANTED. The amicus brief submitted on March 9, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 17, 2021



Clerk